OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 JUN. 03. 2015

6/3/2015
GRAY, JONATHAN RAY   Tr. Ct. No. FR 72768-A       WR-83,269-01
This is to advise that your application for writ of habeas corpus has been dismissed.
Conviction not final; mandate not issued at time application filed in trial court.  See
Ex parte Johnson, 12 S.W.3d 472 (Tex. Crim. App. 2000).

Abel Acosta, Clerk

RECEIVED

JUN 0 8 2015

JONATHAN RAY GRAY
BELL COUNTY JAIL #131972
113 W CENTRAL AVE
BELTON, TX 76513

RETURNED TO SENDER
MOVED, NO FORWARDING ADDRESS

PRIVILEGED

1EBN3B 76513